May 05, 2006

Mr. L. Boyd Smith Jr.
Vinson & Elkins
2300 First City Tower
1001 Fannin Street
Houston, TX 77002-6760
Mr. Michael David Schimek
Doyle, Restrepo, Harvin & Robbins, L.L.P.
4700 JPMorgan Chase Tower
600 Travis Street
Houston, TX 77002

RE: Case Number: 05-0693
 Court of Appeals Number: 01-04-00228-CV
 Trial Court Number: 0214353

Style: ST. LUKE'S EPISCOPAL HOSPITAL
 v.
 IRVING W. MARKS

Dear Counsel:

 Pursuant to Texas Rule of Appellate Procedure 59.1, after granting the
petition for review and without hearing oral argument, the Court vacates
the court of appeals' judgment and remands the case to that court and
delivered the enclosed per curiam opinion and judgment in the above-
referenced cause.

 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Margie |
| |Thompson |
| |Mr. Charles |
| |Bacarisse |